# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

                                **DOCKET NO. 3:21cr134**

    **V.**                             **ORDER TO DISMISS**

**KATHLEEN GRACE WARD**

___

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motion to Dismiss the Bill of Indictment, (Doc. No. 25) in the above captioned case without prejudice.

    **IT IS ORDERED**, that Defendant's Motion (Doc. No. 25 ) is **GRANTED.**

Signed: July 8, 2022

_[signature]_
Frank D. Whitney
United States District Judge